IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNCORA GUARANTEE INC., formerly known as XL CAPITAL ASSURANCE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EMC MORTGAGE CORPORATION,<br><br>Defendant. | No. C 12-80075 SI<br><br>**ORDER WITHDRAWING REFERRAL TO MAGISTRATE JUDGE SPERO** |

On March 19, 2012, Judge Breyer referred this miscellaneous case to Magistrate Judge Spero for discovery. On March 27, 2012, this Court related this case to 12-80028 SI, another miscellaneous case stemming from the same underlying case in the Southern District of New York, on which this Court has already issued some orders. Because this Court is already aware of the issues involved in this miscellaneous case, the Court WITHDRAWS the referral to Magistrate Judge Spero.

**IT IS SO ORDERED.**

Dated: March 30, 2012

SUSAN ILLSTON
United States District Judge